### HAMMOND v RAY

Ohio Appeals, 8th Dist, Cuyahoga Co

No 14086. Decided Jan 14, 1935

Charles A. Jilek, Cleveland, for plaintiff in error.

Payer, Corrigan & Cook, Cleveland, for defendant in error.

For full opinion see 2 OO 176; 50 Oh Ap 47.